**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL H. GOVIND, | ) NO. CV 08-5859-CBM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GARY LINDSAY, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   12/9/08                 .

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE